IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 24-cv-02576-GPG-TPO

JANE ROE,

    Plaintiff,

v.

UNIVERSITY OF COLORADO, et al.,

    Defendant.

---

## MINUTE ORDER

**Entered by Timothy P. O'Hara, United States Magistrate Judge, on December 5, 2024.**

    The Court **sets** a Motion Hearing for **January 15, 2025 at 9:00 a.m.** in Courtroom C-402, on the fourth floor of the Byron G. Rogers United States Courthouse at 1929 Stout Street, Denver, Colorado at which it will hear oral arguments on Plaintiff's Motion for Leave to Restrict Access [ECF 8].

    In light of the foregoing Motion Hearing, the Court **resets** the Scheduling Conference, that already is set on January 15, 2025 at 9:30 a.m., to the earlier time of **9:00 a.m**. on that same day. (**Time Change Only**).