IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 24-cv-02576-GPG-TPO

JANE ROE,

    Plaintiff,

v.

UNIVERSITY OF COLORADO, et al.,

    Defendants.

---

## MINUTE ORDER

**Entered by Timothy P. O'Hara, United States Magistrate Judge, on December 24, 2024.**

    Before the Court is Defendants' Motion to Stay Discovery [ECF 62] for which this Court creates an expedited briefing schedule. Plaintiff has until **January 8, 2025** to respond, and Defendants have until **January 13, 2025** to reply, should they choose to do so.

    The Court will hear oral arguments on Defendants' Motion to Stay Discovery [ECF 62] at the already **set** Motion Hearing on **January 15, 2025 at 9:00 a.m.** in Courtroom C-402, on the fourth floor of the Byron G. Rogers United States Courthouse at 1929 Stout Street, Denver, Colorado.