IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 24-cv-02576-GPG-TPO

JANE ROE,

    Plaintiff,

v.

UNIVERSITY OF COLORADO, et al.,

    Defendants.

## MINUTE ORDER

**Entered by Timothy P. O'Hara, United States Magistrate Judge, on March 26, 2025.**

    Pursuant to the Parties' emailed request, the Status Conference, currently set for April 8, 2025, is **RESET** to **May 20, 2025 at 2:30 p.m.**, in Courtroom C-402, on the fourth floor of the Byron G. Rogers United States Courthouse located at 1929 Stout Street, Denver, Colorado. It will be an **in-person** proceeding.