IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 24-cv-02576-GPG-TPO

JANE ROE,

    Plaintiff,

v.

UNIVERSITY OF COLORADO, et al.,

    Defendants.

## MINUTE ORDER

**Entered by Timothy P. O'Hara, United States Magistrate Judge, on May 19, 2025.**

    This matter comes before this Court upon its own motion. Noting the Parties' emailed agreement, this Court sua sponte **vacates** the Status Conference that is set for May 20, 2025 at 2:30 p.m.

    At the later appropriate time, should the Parties see need for a Status Conference, they may file a joint motion to request this Court to reset it.