**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLORADO**

CIVIL ACTION NO.: 24-cv-2576-GPG-TPO

LOULILLIAN WATSON,

Plaintiff,

v.

UNIVERSITY OF COLORADO BOULDER; THE BOARD OF REGENTS FOR UNIVERSITY OF COLORADO;
JUSTIN SCHWARTZ, in his official capacity;
KATE BAUER, in her official capacity;
LLEN POMEROY, individually and in her official capacity;
ANN GUSHURST, individually and in her official capacity; and
REGINA TIRELLA, individually and in her official capacity,

Defendants.

---

**ORDER GRANTING PLAINTIFF LEAVE TO FILE THIRD AMENDED COMPLAINT**

---

UPON Motion by Plaintiff to for leave to file a Third Amended Complaint, and the Court being advised in the matter;

IT IS ORDERED that Plaintiff's Motion for Leave to File Third Amended Complaint be and hereby is granted.

IT IS FURTHER ORDERED the Plaintiff file her Third Amended Complaint and associated exhibits within five days of this Order.

ORDERED this ____day of 2025.

BY THE COURT:

______________________________________

District Court Judge