**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLORADO**

Civil Action No. 1:24-cv-02576-GPG-TPO

LOULILLIAN WATSON,

Plaintiff,

v.

UNIVERSITY OF COLORADO BOULDER; THE BOARD OF REGENTS FOR UNIVERSITY OF COLORADO, BOULDER;
JUSTIN SCHWARTZ, individually and as agent for University of Colorado, Boulder;
KATE BAUER, individually and as agent for University of Colorado, Boulder;
LANCE CARL, individually and as agent for University of Colorado, Boulder;
EMILY PFLEGHAAR, individually and as agent for University of Colorado, Boulder;
ANN GUSHURST, individually and as agent for University of Colorado, Boulder;
VALERIE SIMONS, individually and as agent for University of Colorado, Boulder;
LLEN POMEROY, individually and as agent for University of Colorado, Boulder;
REGINA TIRELLA, individually and as agent for University of Colorado, Boulder;
DANIEL EASTON, individually and as agent for University of Colorado, Boulder;
HOLLY NELSON, individually and as agent for University of Colorado, Boulder;
LISA POTOKA JONES, individually and as agent for University of Colorado, Boulder;
WILL DEWESE, individually and as agent for University of Colorado, Boulder; and
LAURA EMMOT, individually and as agent for University of Colorado, Boulder,

Defendants.

---

**NOTICE OF ENTRY OF APPEARANCE BY HERMINE KALLMAN**

---

TO: The clerk of court and all parties of record:

I hereby certify that I am a member in good standing of the bar of this court, and I appear in the above-captioned matter as counsel for Defendants University of Colorado, through its Board of Regents for the University of Colorado, Justin Schwartz, Kate Bauer, Lance Carl, Emily Pfleghaar, Ann Gushurst, Valerie Simons, Llen Pomeroy,

Regina Tirella, Daniel Easton, Holly Nelson, Lisa Potaka Jones, Will Dewese and Laura Emmot.

**DATED:** July 10, 2026.

Respectfully submitted:

*s/Hermine Kallman*
Hermine Kallman
Associate University Counsel
Special Assistant Attorney General
University of Colorado
Office of University Counsel
1800 Grant Street, Suite 700
Denver, CO 80203
303-860-5713
Hermine.Kallman@cu.edu
*Attorney for Defendants*

**CERTIFICATE OF SERVICE**

I hereby certify that on July 10, 2026, I electronically filed the foregoing with the Court's electronic filing system (CM/ECF) which will automatically cause notification to be sent to the following counsel of record:

Jason William Savela
The Savela Law Firm PC
3825 Iris Avenue, Suite 100
Boulder, CO 80301
720-821-1001
jason@savelaw.net
*Attorney for Plaintiff*

*s/Pamela K. Morrison*
Pamela K. Morrison, Litigation Paralegal