IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
**Magistrate Judge Timothy P. O'Hara**

| | |
|---|---|
| Civil Action: 24-cv-02576-GPG-TPO | Date: July 13, 2026 |
| Courtroom Deputy: Jesse Torres | FTR: Courtroom C402 |

| | |
|---|---|
| *Parties:* | *Counsel:* |
| LOULILLIAN WATSON, | Jason Savela |
| Plaintiff, | |
| v. | |
| UNIVERSITY OF COLORADO, et al., | Hermine Kallman |
| Defendants. | |

## COURTROOM MINUTES

**VIDEO TELECONFERENCE STATUS CONFERENCE**

**Court in session: 9:04 a.m.**

Court calls case. Appearances of counsel and pro se Plaintiff.

This matter is before the Court regarding Plaintiff's Motion for Leave to File Third Amended Complaint [ECF 96].

Preliminary remarks by the Court.

The Court addresses Plaintiff's Motion for Leave to File Third Amended Complaint [ECF 96] and issues its ruling without any further argument.

Defense counsel makes an oral motion for extension of time to answer or otherwise plead. Counsel for Plaintiff does not oppose Defendant's oral motion.

For the reasons stated on the record, it is:

**ORDERED:** For good cause shown, Plaintiff's Motion for Leave to File Third Amended Complaint [ECF 96] is **GRANTED.** Accordingly, Plaintiff shall file her proposed Third Amended Complaint [ECF 96-1] separately on the case docket sheet on or before **July 15, 2026.** The Court notes that it is not

likely to grant any subsequent Motion to Amend prior to a ruling on Defendants' expected Motions to Dismiss.

For good cause shown and noting that it is unopposed, Defendant's oral motion for extension of time to answer or otherwise plead is **GRANTED.** Accordingly, Defendant shall file an answer or other responsive pleading to Plaintiff's Third Amended Complaint on or before **August 21, 2026.**

HEARING CONCLUDED.

**Court in recess: 9:23 a.m.**
Total time in court: 00:19

*To order transcripts of hearings, please contact either Patterson Transcription Company at (303) 815-0487, scheduling@pattersontranscription.com; or AB Litigation Services at (303) 629-8534.*