**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLORADO**

Civil Action No. 1:24-cv-02576-GPG-TPO

LOULILLIAN WATSON,

Plaintiff,

v.

UNIVERSITY OF COLORADO BOULDER; THE BOARD OF REGENTS FOR UNIVERSITY OF COLORADO, BOULDER;
JUSTIN SCHWARTZ, in his official capacity;
KATE BAUER, in her official capacity;
LLEN POMEROY, individually and in her official capacity;
ANN GUSHURST, individually and in her official capacity;
REGINA TIRELLA, individually and in her official capacity;

Defendants.

---

**JOINT MOTION TO DISMISS DEFENDANTS KATE BAUER, LLEN POMEROY, ANN GUSHURST, AND REGINA TIRELLA IN THEIR OFFICIAL CAPACITIES**

---

Plaintiff and Defendants hereby stipulate to the dismissal of Defendants Kate Bauer, Llen Pomeroy, Ann Gushurst, and Regina Tirella in their official capacities only, pursuant to Fed. R. Civ. P. 41(a)(1)(A)(ii), with each party to bear its own costs and fees.

The parties further jointly move to correct the case caption to reflect that Chancellor Justin Schwartz is the sole official-capacity Defendant. With this, Defendant Kate Bauer is terminated from this action, and Defendants Llen Pomeroy, Ann Gushurst, and Regina Tirella are sued as Defendants in their individual capacities only.

**DATED:** August 21, 2026.

Respectfully submitted:

*s/ Jason Savela*
Jason William Savela
The Savela Law Firm PC
3825 Iris Avenue, Suite 100
Boulder, CO 80301
720-821-1001
jason@savelaw.net

*Attorney for Plaintiff*

*s/ Megan Clark*
Megan Clark
Senior Assistant University Counsel
Special Assistant Attorney General
University of Colorado
Office of University Counsel
1800 Grant Street, Suite 700
Denver, CO 80203
303-860-5691
Megan.Clark@cu.edu

*Attorney for Defendants*

## CERTIFICATE OF SERVICE

I hereby certify that on August 21, 2026, I electronically filed the foregoing with the Court's electronic filing system (CM/ECF) which will automatically cause notification to be sent to the following counsel of record:

Jason William Savela
The Savela Law Firm PC
3825 Iris Avenue, Suite 100
Boulder, CO 80301
720-821-1001
jason@savelaw.net

*Attorney for Plaintiff*

*s/Pamela K. Morrison*
Pamela K. Morrison, Litigation Paralegal