**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLORADO**

Civil Action No. 1:24-cv-02576-GPG-TPO

LOULILLIAN WATSON,

Plaintiff,

v.

THE UNIVERSITY OF COLORADO BOULDER; THE BOARD OF REGENTS FOR UNIVERSITY OF COLORADO BOULDER;
JUSTIN SCHWARTZ, in his official capacity;
ANN GUSHURST, in her individual capacity;
LLEN POMEROY, in her individual capacity; and
REGINA TIRELLA, in her individual capacity.

Defendants.

---

**PLAINTIFF'S UNOPPOSED MOTION FOR EXTENSION OF TIME TO RESPOND TO DEFENDANTS' TWO MOTIONS TO DISMISS**

---

Plaintiff, by and through undersigned counsel, respectfully requests that the deadline to file her responses to Defendants' two Motions to Dismiss, currently due September 11, 2026, be extended through September 28, 2026. In support thereof, Plaintiff states as follows:

1. **Conferral**: Pursuant to D.C.COLO.LCivR 7.1(a), counsel for Plaintiff and counsel for Defendants have conferred. Defendants do not oppose the requested extension.

2. Plaintiff filed her Complaint on or around September 19, 2024. ECF 2. Plaintiff attached 31 exhibits to the Complaint. ECF 3.1 through ECF 3.31.

3. Plaintiff filed her First Amended Complaint on or around October 9, 2024. ECF 7. Plaintiff's First Amended Complaint incorporated the 31 exhibits filed with her original Complaint (ECF 3.1 through ECF 3.31).

4. Following the Court's Order, dated April 3, 2025, denying Plaintiff's Motion to Restrict, Plaintiff filed a Second Amended Complaint on April 17, 2025. ECF 81. In compliance with the Court's Order, the Second Amended Complaint changed Plaintiff's pseudonym, Jane

Roe, to her real name, Loulillian Watson, in the case caption and throughout the Complaint, with no additional changes.

5. Plaintiff filed her Third Amended Complaint on July 14, 2026. ECF 104. Plaintiff's Third Amended Complaint incorporated the 31 exhibits filed with her original Complaint (ECF 3.1 through ECF 3.31).

6. On August 21, 2026, that parties filed a Joint Motion to Dismiss Defendants Kate Bauer, Llen Pomeroy, Ann Gushurst, and Regina Tirella in their official capacities only. ECF 105.

7. On the same day, he Court granted the Joint Motion and all claims against Defendants Kate Bauer, Llen Pomeroy, Ann Gushurst, and Regina Tirella, in their official capacities only, were dismissed without prejudice. ECF 106. The Court noted that, with this, Defendant Bauer was terminated from this action, and Defendants Llen Pomeroy, Ann Gushurst, and Regina Tirella are sued as Defendants in their individual capacities only. ECF 106.

8. On August 21, 2026, Defendants filed the following two Motions to Dismiss: (1) Defendant University and Chancellor Schwartz's Motion to Dismiss ECF #104 per F.RC.P. 12(b)(1) and F.R.C.P. 12(b)(6) (ECF 107) and (2) Defendants Llen Pomeroy, Regina Tirella, and Ann Gushurst's Motion to Dismiss ECF #104 per F.R.C.P. 12(b)(6) (ECF 108).

9. Plaintiff has 21 days, or until September 11, 2026, to respond to Defendants' two Motions to Dismiss.

10. Through this unopposed Motion, Plaintiff requests an extension of time of just over two weeks, or until September 28, 2026, to respond to Defendants' two Motions to Dismiss (ECF 107, ECF 108).

11. The extension is sought in the interest of judicial economy and to ensure a thorough evaluation and response to the arguments set forth in Defendants' two Motions to Dismiss.

12. No parties will be prejudiced by the granting of the relief sought herein.

13. Based on the foregoing, undersigned counsel respectfully requests an extension of time, up through and including **September 28, 2026**, to respond to Defendants' two Motions to Dismiss (ECF 107, ECF 108).

Respectfully submitted this 4th day of September 2026.

s/ *Jason Savela*
Jason Savela, Esq.
The Savela Law Firm, PC
3825 Iris Ave, Suite 100
Boulder, CO 80301
720-260-7392
jason@savelaw.net

*Counsel for Plaintiff*

**CERTIFICATE OF SERVICE**

I hereby certify the on this 4th day of September 2026, I electronically filed the foregoing PLAINTIFF'S UNOPPOSED MOTION FOR EXTENSION OF TIME TO RESPOND TO DEFENDANTS' TWO MOTIONS TO DISMISS with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the following counsel of record:

Megan H. Clark
1800 Grant Street, Suite 700
Denver, CO 80203
303-860-5691
megan.clark@cu.edu

Hermine Kallman
1800 Grant Street, Suit 700
Denver, CO 80203
303-860-5713
hermine.kallman@cu.edu

*Attorneys for Defendants*

*s/ Jason Savela*